IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. EPSTEIN, | ) | |
| | ) | C.A. No. 1:21-cv-00763-RGA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY |
| BOARD OF EDUCATION OF THE MILFORD SCHOOL DISTRICT | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)**

Plaintiff John Epstein ("Plaintiff") and Defendant Board of Education of the Milford School District ("Milford"), through undersigned counsel, hereby jointly stipulate to dismissal of this case with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without attorneys' fees, costs and/or expenses being awarded to any party.

The dismissal pertains to all claims in the Complaint that Plaintiff filed in the United States District Court for the District of Delaware Docket No. 1:21-cv-00763-RGA on May 27, 2021. This Joint Stipulation is being made with the consent of all parties to this action who have each authorized their respective undersigned counsel to execute and submit this Joint Stipulation of Dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **KATE BUTLER LAW LLC** | **MORRIS JAMES** |
| Kate Butler, Esquire | James H. McMackin, III, Esquire |
| Attorney for Plaintiff | Attorney for Defendant |
| 1509 Gilpin Avenue | 500 Delaware Avenue |
| Suite 3 | Suite 1500 |
| Wilmington, DE  19806 | Wilmington, DE  19801 |
| By: _/s/ Kate Butler_____ | By: _/s/ James H. McMackin III_ |
| Kate Butler, Esquire | James H. McMackin, III, Esquire |
| Dated: 06/21/2022 | Dated: 06/21/2022 |